| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | JOSEPH D. BARTON<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA  93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00184-DAD-BAM |
|---|---|
| Plaintiff,<br>v. | MOTION AND ORDER TO PARTIALLY UNSEAL SUPERSEDING INDICTMENT |
| DARYOL RICHMOND, aka "Nutcase," "Nuttcase," and "Nuttcase 3x,"<br>TELVIN BREAUX, aka "AJ" and "Lilcup,"<br>HOLLY WHITE,<br>█████████<br>FANTESIA DAVIS, aka "Tesia,"<br>and SHANICE WHITE,<br>Defendants. | |

Good cause appearing due to the defendant, Fantesia Davis's, arrest and pending initial appearance in the Central District of California, it is ordered that the Superseding Indictment be partially unsealed as to her so that she can be arraigned and apprised of the charges against her.

IT IS SO ORDERED.

Dated:  **January 26, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

3