PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00184-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SCHEDULE CHANGE OF PLEA HEARING; ORDER |
| v. | |
| TELVIN BREAUX, HOLLY WHITE, CECELIA ALLEN, FANTASIA BROWN, TONISHA BROWN, FANTESIA DAVIS, AND SHANICE WHITE, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the government, and Fantesia Davis, through her counsel, that the status conference scheduled for August 9, 2023, at 1:00 p.m., can be vacated and a change of plea hearing can be scheduled for her on September 18, 2023, at 8:30 a.m., before the Honorable Ana de Alba. Ms. Davis has agreed to plead guilty, but the parties are still discussing the restitution terms of her plea agreement. The plea agreement will be filed as soon as those issues are resolved. The plea agreement is a packaged plea agreement that is

contingent on the remaining defendants in the case pleading guilty according to the terms of their plea agreements.  The government expects to vacate the status conference and schedule change of plea hearings for the remaining defendants within the next couple of days.   Time under the Speedy Trial Act has already been excluded through August 9, 2023.  The parties agree that time shall also be excluded from August 10, 2023, through September 18, 2023, for purposes of defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated:  August 1, 2023

*/s/ Michael McKneely*
Michael McKneely
Counsel for Fantesia Davis

Dated:  August 1, 2023

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00184-ADA-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| TELVIN BREAUX, HOLLY WHITE, CECELIA ALLEN, FANTASIA BROWN, TONISHA BROWN, FANTESIA DAVIS, AND SHANICE WHITE, | |
| Defendants. | |

**ORDER**

Upon the stipulation filed by the government, and Fantesia Davis, and for good cause shown, as to Fantesia Davis, the status conference that is scheduled for August 9, 2023, at 1:00 p.m., is vacated, and a change of plea hearing is scheduled for **September 18, 2023, at 8:30 a.m., before the Honorable Ana de Alba**.

///

Time under the Speedy Trial Act has already been excluded through August 9, 2023. Time shall also be excluded from August 10, 2023, through September 18, 2023, for purposes of defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **August 3, 2023**                              /s/ Barbara A. McAuliffe
                                                                     UNITED STATES MAGISTRATE JUDGE