Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone:  (559) 443-7442
Facsimile:  (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
FANTESIA DAVIS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   1:21-cr-00184-ADA-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER MODIFYING CONDITIONS OF FANTESIA DAVIS'S RELEASE** |
| v. | |
| DARYOL RICHMOND, *et al*, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Michael McKneely, counsel for defendant Fantesia Davis, that Ms. Davis's conditions of release be modified to permit her to communicate with her family members who are defendants in this case, Fantasia Brown, and Telvin Breaux.

On January 28, 2022, Ms. Davis was granted pretrial release in this district, including on the condition she not have any contact with her co-defendants Fantasia Brown and Telvin Breaux. (ECF 70.) Ms. Davis has complied with this condition and has now entered a guilty plea in this matter. (ECF 241.) At the time of the change of plea the Court indicated its willingness to modify this condition and requested a stipulation to that effect.

Now, therefore, the parties stipulate that the conditions of Fantesia Davis's pre-

trial released be modified to permit contact with co-defendants Fantasia Brown and Telvin Breaux. Pre-trial services has no objection to the requested modification. All other conditions remain.

DATED: October 2, 2023                McKNEELY LAW FIRM

                                       By: _____
                                           Michael McKneely
                                           Attorneys for Fantesia Davis

DATED: October 2, 2023                PHILLIP A. TALBERT
                                       United States Attorney

                                       By: s/ Joseph Barton by authorization
                                           JOSEPH BARTON
                                           Assistant United States Attorneys

## ORDER

Based upon the stipulation and representations of the parties, the Court orders the conditions of Fantesia Davis's release be modified to permit contact with her co-defendants Fantasia Brown and Telvin Breaux. All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated:   **October 2, 2023**                        _____
                                                    UNITED STATES MAGISTRATE JUDGE