Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
FANTESIA DAVIS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   1:21-cr-00184-ADA-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RESCHEDULING SENTENCING HEARING** |
| v. | |
| DARYOL RICHMOND, *et al*, | |
| Defendants. | |

## **STIPULATION**

Defendant Fantesia Davis, by her counsel Michael McKneely, and the United States of America through its counsel Assistant United States Attorney Joseph Barton, hereby stipulate as follows:

1. By previous order (ECF 262) this matter was set for sentencing on March 4, 2024.

2. The draft presentence report has been prepared and disseminated. Ms. Davis needs to verify additional information and execute appropriate releases.

3. The parties stipulate that good cause exists to continue the sentencing in this matter to April 22, 2024 and that all other associated interim deadlines be recalculated for an April 22, 2024 sentencing.

4. Counsel has spoken with United States Probation Officer Ross Micheli and

STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING HEARING            -1-

1  he concurs with this proposal.

2      IT IS SO STIPULATED

3  DATED: February 6, 2024      McKNEELY LAW FIRM

4                         By:  s/ Michael McKneely

5                            Michael McKneely
                          Attorneys for Fantesia Davis

6

7  DATED: February 6, 2024      PHILLIP A. TALBERT
                          United States Attorney

8                         By:  s/ Joseph Barton by authorization

9                            JOSEPH BARTON
                          Assistant United States Attorneys

McKNEELY LAW FIRM
2300 TULARE STREET, SUITE 250
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150

STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING HEARING   -2-

**ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from March 4, 2024, to **April 22, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: **February 8, 2024**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

McKNEELY LAW FIRM
2300 TULARE STREET, SUITE 250
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150

STIPULATION AND [PROPOSED] ORDER RESCHEDULING SENTENCING HEARING        -3-